UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Wilfredo Gonzalez

              Defendant(s).

------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

21-mj-   03406

Defendant Wilfredo Gonzalez hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☒    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note:  If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☐    Conference Before a Judicial Officer - Assignment of Counsel

_____ _Permission given by Mr. Gonzalez for counsel to sign on his behalf._     _____
Defendant's Signature                                                                     Defendant's Counsel's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Wilfredo Gonzalez                                               SEAN M. MAHER
Print Defendant's Name                                           Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

3/26/21
Date                                                            U.S. District Judge/U.S. Magistrate Judge