UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
      United States of America,

                                  NOTICE RE: CHANGE OF
                                    TIME OF HEARING

    -against-

                                  7:12-CR-00111 (CS) (4)


      Wilfredo Gonzalez,
                    Defendant(s).
-----------------------------------------------------------X


The Violation of Supervised Release hearing previously scheduled before this Court for **April 14, 2021 at 2:30 p.m.** will be held at **3:00 p.m.** (same date) **via the Microsoft Teams platform.**

The Microsoft Teams call-in number to access via audio only is **(917) 933 – 2166** and the conference ID is **710357604#**

**Person(s) appearing via telephone are reminded of the general prohibition against any forms of recording and rebroadcasting of Court proceedings. Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, denial of entry to future hearings, or any other sanctions deemed necessary by the Court.**

All non-participants of this proceeding are directed to mute their phones.


                                                    /s/ Walter Clark, Courtroom Deputy

Dated:  April 12, 2021
         White Plains, New York